UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIRO MATEO and JULISSA
MATEO CHUAN, *Individually and
on Behalf of all Others Similarly Situated,*
and LAUREN WAGNER PEDERSON,

    Plaintiffs,

vs.                                      CASE NO: 8:12-cv-73-T-30TGW

PEPSICO, INC. and
TROPICANA PRODUCTS, INC.

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Joint Motion to Consolidate Cases and to Appoint Counsel (Dkt. 13), and the parties' Joint Motion to Postpone Deadlines Pending a Ruling by the JPML (Dkt. 14). Upon considering the parties' motions, the Court concludes that the parties' Joint Motion to Postpone Deadlines Pending a Ruling by the JPML should be granted, as stated herein, and that the Court should reserve ruling on the parties' Joint Motion to Consolidate Cases and to Appoint Counsel until after the JPML ruling.

Currently pending before the United States Judicial Panel on Multidistrict Litigation ("JPML") is a motion filed on February 22, 2012, pursuant to 28 U.S.C. §

1407, to coordinate or consolidate for pretrial proceedings a number of related civil actions challenging Defendants' advertising of not-from-concentrate orange juice on behalf of a putative nationwide class of consumers (the "MDL Motion"). The related cases that are subject to the MDL Motion include two cases in this District, as well as cases in other Districts that assert related claims and allegations against the same Defendants on behalf of overlapping putative classes ("Related Cases").

So as to preserve both party and judicial resources pending the JPML's decision in this matter, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Court hereby RESERVES RULING on the parties' Joint Motion to Consolidate Cases and to Appoint Counsel (Dkt. 13).

2. The Clerk is directed to terminate this motion from pending status.

3. Upon the JPML's ruling in this matter, the parties shall file a joint status report within fourteen (14) days regarding the parties' intention, if any, to renew this motion.

4. The parties' Joint Motion for Entry of a Proposed Order Postponing Deadlines Pending the JPML's Ruling (Dkt. 14) is hereby granted, as stated below:

    A. All applicable deadlines shall be postponed and no discovery shall proceed in the action until after the JPML rules on the MDL Motion.

    B. Defendants' deadline to respond to the complaint in the above-captioned matter ("Complaint") shall be extended until after the JPML rules on the MDL

Motion, and if the JPML transfers the Related Cases to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall, as permitted by the Federal Rules, answer, move or otherwise respond to the Complaint within 45 days after: (a) the plaintiffs in the consolidated actions serve a consolidated amended complaint, or (b) the plaintiffs in the consolidated actions file notice that they will not file a consolidated amended complaint.

  C. If the JPML denies the motion to transfer the Related Cases to a single district for coordinated or consolidated pretrial proceedings, the Defendants shall, as permitted by the Federal Rules, answer, move or otherwise respond to the Complaint within 45 days after service of the JPML ruling.

  D. If all plaintiffs in the Related Cases agree to consolidate all related civil actions in a single district and withdraw the pending motions before the JPML, and the Defendants, or any of them, have not and do not file their own motions to transfer the Related Cases to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall, as permitted by the Federal Rules, answer, move or otherwise respond to the Complaint within 45 days after: (a) the plaintiffs in the consolidated actions file a consolidated amended complaint, or (b) the plaintiffs in the consolidated actions file notice that they will not file a consolidated amended complaint.

E. The deadline for the parties to prepare a Case Management Report pursuant to Local Rule 3.05(c)(2)(B) shall be extended until after the JPML rules on the MDL Motion.

F. Should the MDL Motion be denied or should the Related Cases be consolidated in this District, the parties will have sixty (60) days from service of the JPML's ruling to meet and confer and prepare a Case Management Report pursuant to Local Rule 3.05(c)(2)(B).

G. The deadline for Plaintiffs to move for class certification shall be extended until after the JPML rules on the MDL Motion, and shall be set on a date to be determined and agreed upon after the JPML issues its decision on the pending motions to transfer the Related Cases (or such determination is mooted based on the events outlined in paragraph (4)), or as otherwise ordered by the Court.

H. Notwithstanding the above provisions, if while the MDL Motion is pending any Defendant files an answer, moves or otherwise responds pursuant to the Federal Rules in any of the Related Cases or provides any discovery pursuant to agreement or court order in any Related Case prior to the date required by this order, such Defendant will concurrently file its answer, move or otherwise respond as permitted by the Federal Rules in this matter or concurrently provide the discovery to Plaintiffs in this matter.

I.      This Order shall not constitute a waiver of any defenses, including but not limited to (a) any jurisdictional defenses that may be available under the Federal Rules of Civil Procedure, (b) any affirmative defenses under the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to the Defendants in this and the other Related Cases.  This Order shall not prevent Defendants from seeking additional extensions.

**DONE and ORDERED** in Tampa, Florida on March 15, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2012\12-cv-73.mtp.14.doc